## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KEVIN PHETTEPLACE** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. _____** |
| **415 RUE DAUPHINE, LLC,** | * | **SECTION " "** |
| **INTERSTATE HOTELS & RESORTS,** | | |
| **INC., GENERATION HOLDINGS, LLC,** | * | **MAGISTRATE " "** |
| **AND LIBERTY MUTUAL INSURANCE** | | |
| **COMPANY** | * | |

### COMPLAINT

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, Kevin Phetteplace, a person of full age and majority and citizen in resident of the State of California, who, for complaint against Defendants, 415 Rue Dauphine, LLC, Interstate Hotels & Resorts, Inc., Generation Holdings, LLC, and Liberty Mutual Insurance Company, alleges as follows:

**1.**

Plaintiff, Kevin Phetteplace, is a person of full age and majority and a citizen of the State of California.

00053681.WPD;1

**2.**

Defendant 415 Rue Dauphine, LLC, is a Louisiana limited liability company which is a citizen of a State other than the State of California.  None of its members are citizens of California.  It has its principal place of business in the Parish of Orleans, State of Louisiana.  415 Rue Dauphine, LLC, owns the property at 415 Rue Dauphine in New Orleans, Louisiana, French Quarter.

**3.**

Defendant Interstate Hotels & Resorts, Inc., is incorporated in a State other than California and has its principal place of business in a State other than California.  It is a citizen of a State other than California, but does business in Orleans Parish, State of Louisiana, as a manager of the Dauphine Orleans Hotel.

**4.**

Generation Holdings, LLC, is a Louisiana limited liability company with no members who are citizens of California and it is therefore not a citizen of California.

**5.**

Liberty Mutual Insurance Company insurers one or more of the Defendants and is responsible for the conduct and liability set forth herein.

**6.**

This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332 as there is complete diversity of citizenship between Plaintiff and all Defendants and the amount in controversy exceeds $75,000.00, exclusive of interest and of cost.

**7.**

Venue is appropriate and proper in this Court as the events at issue occurred in this District.

## FACTS

### 8.

On information and belief, each of the defendants owns, manages, operates, and/or is otherwise responsible for the condition of the Dauphine Orleans Hotel located at 415 Dauphine Street, in the French Quarter of New Orleans, Louisiana.

### 9.

On or about the afternoon of April 6, 2017, the Plaintiff, Kevin Phetteplace, was one of two guests staying in Room 310, registered in the name of Plaintiff's sister, Kristina Colette.

### 10.

Plaintiff was in town to celebrate a pre-wedding party for another sister, Katrina Phetteplace, who was also a guest of the hotel.

### 11.

Other friends were also guests of the hotel having registered for the weekend.

### 12.

Plaintiff left the room during the afternoon of April 6, 2017, and returned for an approximately one to two hour nap before going out to celebrate that evening.

### 13.

During the course of the evening, Plaintiff visited Pat O'Brien's where he, along with many other individuals affiliated with the wedding party, consumed some alcoholic beverages.

**14.**

Plaintiff was never intoxicated to the point of functional impairment. He returned with others to the hotel at approximately 1:00 a.m., where he conversed with a hotel employee and then went to his room, prepared himself for bed and went to sleep.

**15.**

At approximately 4:00 a.m., Plaintiff awoke to go to the bathroom.

**16.**

As it was dark and Plaintiff was unfamiliar with the room, he opened a door which he believed was the bathroom. As he took a step, he immediately fell over a railing plummeting to the ground below, where he sustained significant permanent injuries.

**17.**

The fall did not render Plaintiff unconscious but completely shattered his left wrist, broke a foot, and caused additional physical and other injuries, the full extent of which have not yet been measured.

**18.**

Plaintiff picked himself off the ground and entered the hotel. Rather than provide care, the hotel escorted him back to his hotel room.

**19.**

Plaintiff's sister, Kristina Colette, with whom he was sharing the room, responded to a knock at the door where Plaintiff, who had been provided with a bathrobe, was present with what is understood to be a hotel security guard.

**20.**

Plaintiff's sister was immediately concerned with Plaintiff's condition and had him taken to Tulane Hospital for treatment.

**21.**

Plaintiff traveled home to California in extreme pain.

**22.**

In California, he has undergone extensive surgery on his left wrist.  Further surgery may be necessary.  Because of the injury, Plaintiff will have an ongoing permanent and significant disability and impairment related thereto.

**23.**

Defendants 415 Rue Dauphine, LLC, and any other entity found to own the building with the scope of the Louisiana Civil Code, are liable unto Plaintiff pursuant to La. C.C. art. 2322.

**24.**

Plaintiff's fall and injuries were caused by Defendants' negligence and their failure to maintain the premises in a safe habitable condition, by the absence of proper notices and warnings, by the absence of appropriate lighting, by the failure to have proper and sufficient locks to secure the door, by inappropriately locating, fabricating, and installing a door, window and/or railing, and by the inappropriate design, installation and maintenance of a door, window and/or railing and/or guard which was so insufficient as to permit the Plaintiff to fall from his room.

**25.**

Plaintiff also asserts that Defendants are liable for such other acts that may be established through discovery and otherwise recognized and established as this litigation continues.

**26.**

As a result of his injuries, Plaintiff has suffered permanent physical and emotional damage, pain, suffering, impairment of enjoyment of life, and disability for which Plaintiff is entitled to all relief and compensation which are just and due in the premises.

**27.**

Plaintiff has incurred and will continue to incur medical and related expenses throughout his life for which he is entitled to recovery in such amount is proved at the trial of this matter.

**28.**

Further, Plaintiff's earnings and earning capacity have been impaired and he will suffer loss of earnings and a diminishment of that earning capacity in such amount as proved at the trial of this matter.

**29.**

Plaintiff expended funds to travel to and from California and to stay in New Orleans for a festive event.  Plaintiff is entitled to reimbursement of those funds.

**30.**

Plaintiff prays for a jury for all issues triable by a jury.

**WHEREFORE,** Plaintiff prays that this Complaint be duly filed and served on Defendants, and, after all due proceedings are had, that there be judgment herein in Plaintiff's favor and against the Defendants, 415 Rue Dauphine, LLC, Interstate Hotels & Resorts, Inc., Generations Holdings, LLC, and Liberty Mutual Insurance Company in such amounts which are just in the premises for past and future physical and emotional pain and suffering, disability, loss of enjoyment of life, past and future medical and related expenses, loss of earnings and/or impaired earning capacities and for

reimbursement of travel related expenses.  Further, Plaintiff further prays for a trial by jury, judicial

interest from the date of judicial demand and for all costs and expenses of this litigation which may

be due as a matter of law.

Respectfully submitted,

**LOWE, STEIN, HOFFMAN, ALLWEISS
   & HAUVER, L.L.P.**

*/s/ Michael R. Allweiss*
**MICHAEL R. ALLWEISS (#2425)
ABIGAIL F. GERRITY (#35777)**
701 Poydras Street, Suite 3600
New Orleans, LA 70139
Telephone: (504) 581-2450
Facsimile: (504) 581-2461
Email:     mallweiss@lowestein.com
          agerrity@lowestein.com
**Attorneys for Kevin Phetteplace**

**PLEASE SERVE:**

415 Rue Dauphine, LLC
through its agent for service of process:
Stephen I. Dwyer
3000 W. Esplanade Ave., Suite 200
Metairie, LA 70002

Generations Holdings, LLC
through its agent for service of process:
Greg Guidry
3001 17th Street
Metairie, LA 70002

Interstate Hotels & Resorts, Inc.
via the Louisiana Long Arm Statute:
4501 N. Fairfax Drive, Suite 500
Arlington, VA 22203

Liberty Mutual Insurance Company
through its agent for service of process:
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809